AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

MAR 1 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| KENI ENRIQUE PEREZ-GONZALEZ, a/k/a Magdalen D. Eskamilla," | ) Case No. 13-8145-JMH |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2013,__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | Illegal Reentry After Prior Deportation, in violation of Title 8, United States Code, Section 1326(a). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_I find probable cause. JMH_

Sworn to before me and signed in my presence.

_Complainant's signature_

ICE Deportation Officer Andy Korzen
*Printed name and title*

Date: __03/11/2013__

_Judge's signature_

City and state: __West Palm Beach, Florida__    Hon. U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**DEPORTATION OFFICER**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in numerous investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Keni Enrique PEREZ-GONZALEZ, also known as Magdalen D. ESKAMILLA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 26, 2013, an individual identifying himself as Magdalen D. ESKAMILLA was arrested in Palm Beach County, Florida on charges of domestic battery and failure to appear for sentencing on a misdemeanor offense. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual previously removed from United States, that is Keni Enrique PEREZ-GONZALEZ.

1

4. On or about March 1, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from Keni Enrique PEREZ-GONZALEZ. Post *Miranda,* Keni Enrique PEREZ-GONZALEZ admitted to being native of Guatemala. He further admitted to last entering into the United States in November of 2012 after being removed from the United States on May 27, 2011. Keni Enrique PEREZ-GONZALEZ further admitted that he did not seek permission from the U.S. Government to re-enter the United States.

5. On or about March 4, 2013, I received the immigration alien file assigned to Keni Enrique PEREZ-GONZALEZ. Records within alien file assigned to Keni Enrique PEREZ-GONZALEZ confirm that he is a native and citizen of Guatemala. Records show that on or about December 29, 2010, Keni Enrique PEREZ-GONZALEZ was voluntarily removed from the United States. Thereafter, Keni Enrique PEREZ-GONZALEZ returned to the United States. Records further show that on May 18, 2011, Keni Enrique PEREZ-GONZALEZ was ordered removed from the United States. The Order of Removal was executed on or about May 27, 2011, whereby Keni Enrique PEREZ-GONZALEZ was removed from the United States and returned to Guatemala for the second time.

6. Additional records I obtained show that on or about May 19, 2011, in the United States District Court of Arizona, Keni Enrique PEREZ-GONZALEZ was convicted of illegal entry in case number 11-26197MP.

7. Border Patrol Fingerprint Expert Richard Abbott conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about February 26, 2013, that is, Keni Enrique PEREZ-GONZALEZ, was the same person previously removed from the United States on or about May 27, 2011, as outlined above.

8. I also performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Keni Enrique PEREZ-GONZALEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Keni Enrique PEREZ-GONZALEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, I respectfully submit that there exists probable cause to believe that, on or about February 26, 2013, Keni Enrique PEREZ-GONZALEZ, also known as Magdalen D. Eskamilla, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this __11__ day of March, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc No. _13-8145-JMH_

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A COMPLAINT
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ___ Yes  _X_ No

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By: _____
     Jennifer C. Millien (FL Bar No. 171700)
     Email: jennifer.millien@usdoj.gov
     Assistant U.S. Attorney
     jennifer.millien@usdoj.gov
     500 S. Australian Avenue
     Suite 400
     West Palm Beach, Florida 33401
     TEL: (561) 820-8711
     FAX: (561) 805-9846